IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KIRK MICHAEL BAUER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IUPAT DC5 PAINTERS UNION TRUST<br>BENEFITS OFFICE,<br><br>　　　　Defendant. | Case No. 2:23-cv-01709-AR<br><br>ORDER |

ARMISTEAD, Magistrate Judge

　　The Court GRANTS plaintiff's Motion to Voluntarily Dismiss (ECF No. 42).  This case is DISMISSED without prejudice, and all pending motions are DENIED AS MOOT.

　　DATED:   August 1, 2024

　　　　　　　　　　　　　　　　　　　　　／s／Jeff Armistead
　　　　　　　　　　　　　　　　　　　　　Jeff Armistead
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1 - ORDER